UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Fortistar Methane LLC,

Plaintiff,

v.

NEO Corporation,

Defendant.

Civil File No. C )-1912 MJD/SRN

**ORDER**

---

This matter is before the Court on Plaintiff's motion for an orc er lifting the stay of discovery to permit one deposition, shortening time, ordering one de|:osition with related documents, and requiring Defendant NEO Corporation ("NEO") to d ect its members of the Operating Committee of Minnesota Methane LLC to consent to :1e August 1, 2000, quarterly distribution. Based on the files, records, and proceedings l erein,

IT IS HEREBY ORDERED THAT

1. Plaintiff's motion to take the deposition of Peter Jones is C:RANTED, and the deposition may be taken today, may include any appropriate backgrour d information about Jones's connection with NEO Corporation and Minnesota Methane LC, and any other matters raised by Jones in his correspondence about the distribut ion and his recent affidavit on that issue; and

2. Plaintiff's remaining motions are DENIED, and the parties shall submit memoranda with respect to (a) Minnesota Methane as an indispensable party an:l (b) jurisdiction.

FILED AUG 1 6 2000
F ANCIS E. DOSAL, CLERK
JUD: MENT ENTD
DEF JTY CLERK

Fortistar Methane LLC v. NEO Corporation
Civ. No. 00-1912

Dated: 8-15-00

Michael J. Davis
Michael J. Davis
United States District Court Judge