UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

-----------------------------------------------------

Case No. 00-CV-1912 MJD/SRN

Fortistar Methane LLC,

Plaintiff,

-vs-

NEO Corporation,

Defendant.

-----------------------------------------------------

**ORDER GRANTING DEFENDANT PERMISSION TO FILE AFFIDAVITS UNDER SEAL**

To provide the parties with time to seek a protective order from the Magistrate Judge assigned to this matter, the Court, being fully advised in the premises,

**IT IS HEREBY ORDERED** that

1. Defendant is granted permission to file the Supplemental Affidavit of Peter Jones and Robert Diem under seal; and

2. Within 30 days hereof, the parties are directed to either reach agreement regarding the terms of a protective order or file a motion for a protective order with the Magistrate Judge assigned to this matter.

Dated: October 18, 2000

**BY THE COURT:**

Michael J. Davis
United States District Court Judge

FILED OCT 18 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

1219311.1